# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS ARVEL BENSON,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES,
Respondent.

No. 77159

FILED

JUN 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an oral decision of the district court entered in a juvenile protection proceeding. Eighth Judicial District Court, Family Court Division, Clark County; Bryce C. Duckworth, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The district court's oral order is of no effect and cannot be appealed. *See State, Div. Child & Fam. Services v. Eighth Jud. District Court,* 120 Nev. 445, 451–54, 92 P.3d 1239, 1243–45 (2004) ([D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective."). Moreover, orders entered in the context of NRS Chapter 432B proceedings are not appealable. *See, e.g., Clark Cty Dist. Attorney v. Eighth Judicial Dist.*

19-23938

*Court*, 123 Nev. 337, 342, 167 P.3d 922, 925 (2007). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Silver


cc:    Hon. Bryce C. Duckworth, District Judge, Family Court Division
        Thomas Arvel Benson
        Clark County District Attorney
        Eighth District Court Clerk